# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARCIA E. BRICE, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, WALMART, INC., and JOHN DOES 1-100,<br>Defendants | Case No. 2:20-cv-13728-MCA-MAH |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff, Marcia Brice, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby gives notice of voluntary dismissal of this action without prejudice. Dismissal is proper under Rule 41(a)(1)(A)(ii) as all parties consent to this dismissal without prejudice, with the understanding that Plaintiff Brice will be pleaded in the fourth amended complaint in *In re Metformin Marketing and Sales Practices Litigation*, No. 2:20-cv-2324-MCA-MAH (D.N.J.).

Therefore, pursuant to Rule 41(a)(1)(A)(ii), Plaintiff may notice dismissal without leave of court.

Dated: February 24, 2025

                        Respectfully Submitted,

                        */s/ David J. Stanoch*
David J. Stanoch
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777
d.stanoch@kanner-law.com

George T. Williamson
FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.
99 Nesbit Street
Punta Gorda, FL 33950
Phone: 941-639-1158
gwilliamson@farr.com

Ruben Honik
HONIK LLC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: 267-435-1300
ruben@honiklaw.com

Daniel Nigh
NIGH GOLDENBERG RASO & VAUGHN PLLC
712 H Street NE DPT 32022
Washington, DC 20002
Phone: (850) 600-8090
dnigh@nighgoldenberg.com

*Attorneys for Plaintiff*

SO STIPULATED,

| | |
|---|---|
| */s/ Melissa A. Chuderewicz*<br>Melissa A. Chuderewicz<br>Ronni E. Fuchs<br>TROUTMAN PEPPER LOCKE LLP<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08540<br>Tel: 609-452-0808<br>Melissa.Chuderewicz@Troutman.com<br>Ronni.Fuchs@Troutman.com<br><br><br>*Attorneys for Defendants Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC, and Amneal Pharmaceuticals of New York, LLC* | */s/ Harley V. Ratliff*<br>Brian M. Lands<br>SHOOK, HARDY & BACON L.L.P.<br>Two Commerce Square<br>2001 Market St., Suite 3000<br>Philadelphia PA 19103<br>Tel: 215-278-2555<br>blands@shb.com<br><br>Harley V. Ratliff<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Tel: 816-474-6550<br>hratliff@shb.com<br><br>*Attorneys for Defendant Walmart Inc.* |

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:   2/25/25